# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 14-60809
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**

May 10, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

RUBEN CASTANEDA, also known as Big Brother, also known as June Bug,

Defendant-Appellant

————

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:10-CR-160

————

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ruben Castaneda has moved for leave to withdraw and has filed a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Castaneda has filed a response and a supplemental response. The record is not sufficiently developed to allow us to make a fair evaluation of Castaneda's claims of ineffective assistance of counsel; we

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-60809

therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's supplemental brief and the relevant portions of the record reflected therein, as well as Castaneda's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, Castaneda's motion for appointment of counsel is DENIED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.